# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ARGONAUT INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 17-cv-01825 (APM) |
| LYNCHBURG STEEL & SPECIALTY COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Consistent with the court's Memorandum Opinion, the court hereby grants Plaintiff's Motion for Default Judgment and enters judgment in favor of Plaintiff Argonaut Insurance Company. Defendants are jointly and severally liable for payment of the following to Argonaut Insurance Company:

1. $82,248.00 for Argonaut's settlement of the payment bond claim made by Williams Steel, plus post-judgment interest as applicable under 28 U.S.C. § 1961; and

2. $10,446.50 in attorneys' fees and costs.

This is a final, appealable order.

Dated: April 5, 2018

Amit P. Mehta
United States District Judge